Scott Edelsberg, Esq.
**EDELSBERG LAW, P.A.**
Cal Bar No. 330990
1925 Century Park E, Ste 1700
Los Angeles, CA 90067-2740
scott@edelsberglaw.com

*Attorneys for Plaintiff and Proposed Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SCOTT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMUTO IPCO, LLC d/b/a VINCE CAMUTO,<br><br>Defendant. | Case No. 2:25-cv-03446-AB (Ex)<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND MODIFY BRIEFING SCHEDULE**<br><br>Current Response Date: August 22, 2025<br>New Response Date: September 19, 2025 |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 7-1 Plaintiff Rachel Scott ("Plaintiff"), and Defendant Camuto IPCO, LLC ("Defendant"), through their respective attorneys of record, hereby stipulate and request an order extending Plaintiff's deadline to file her opposition to Defendant's Motion to Dismiss to **September 19, 2025**, and modifying the parties' briefing schedule for Defendant's Motion to Dismiss the Amended Complaint. In furtherance of the requested stipulation, the parties state as follows:

1. Plaintiff filed this action on April 18, 2025.

---

STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND MODIFY BRIEFING SCHEDULE

1

2. Defendant filed its Motion to Dismiss on June 13, 2025. ECF No. 12-13.

3. On June 20, 2025, Plaintiff filed her Amended Complaint. ECF No. 14.

4. On July 25, 2025, Defendant filed its Motion to Dismiss Plaintiff's Amended Complaint. ECF No. 23-24.

5. Plaintiff's deadline to file her opposition to Defendant's Motion to Dismiss Amended Complaint is August 22, 2025.

6. Following the filing of Defendant's Motion to Dismissal Amended Complaint, the Parties begun discussing the potential for early resolution.

7. In light of ongoing settlement negotiations, the parties request an extension of Plaintiff's deadline to file her opposition to Defendant's Motion to Dismiss, and of the briefing schedule for Defendant's Motion to Dismiss. Edelsberg Decl., ¶ 2.

8. The parties further request that the scheduling conference currently scheduled for September 19, 2025 be continued until October 24, 2025, which is the same date as the parties' requested new hearing date for Defendant's motion to dismiss the amended complaint. *Id.* ¶ 3. Continuing the scheduling conference date to align with the hearing on the motion to dismiss will promote judicial economy and conserve party resources. *Id.* ¶ 4.

9. The requested extension is sought in good faith and not for the purposes of delay or any other improper reason. *Id.* ¶ 5.

10. The parties' requested relief is reasonable, justified, and would not result in prejudice to any party. *Id.* ¶ 6.

11. For the reasons set forth above, good cause exists to grant the requested extension and modification of the briefing schedule. *Id.* ¶ 7.

STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND MODIFY BRIEFING SCHEDULE

2

12. Accordingly, the Parties respectfully and jointly request the following:

    a. That Plaintiff's deadline to file her opposition to Defendant's motion to dismiss be extended to September 19, 2025;

    b. That Defendant's deadline to file its Reply to Plaintiff's opposition be extended to October 3, 2025.

    c. The Hearing on Defendant's Motion be continued to October 24, 2025;

    d. That the scheduling conference be continued until October 24, 2025.

Dated: August 20, 2025              Respectfully Submitted,

*/s/ Scott Edelsberg, Esq.*
Scott A. Edelsberg, Esq.
Cal Bar No. 330990
scott@edelsberglaw.com
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave Suite 417
Aventura, FL 33180
Tel: 305-975-3320

*Counsel for Plaintiff Rachel Scott*

/s/ Ryan Ball
Ryan D. Ball
Counsel for Defendant CAMUTO IPCO, LLC

---

STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND MODIFY BRIEFING SCHEDULE

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2025, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

*/s/ Scott Edelsberg*
Scott Edelsberg

STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND MODIFY BRIEFING SCHEDULE

4