Ryan D. Ball, Bar No. 321772
rball@jonesday.com
Matthew T. Billeci, Bar No. 329014
mbilleci@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Jeffrey Baltruzak, *pro hac vice forthcoming*
jbaltruzak@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219-2514
Telephone:  +1.412.391.3939
Facsimile:   +1.412.394.7959

Attorneys for Defendant CAMUTO IPCO, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SCOTT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMUTO IPCO, LLC d/b/a VINCE CAMUTO,<br><br>Defendant. | Case No. 2:25-cv-03446-AB (Ex)<br><br>[Assigned To Hon. Andre Birotte Jr. Courtroom 7B]<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Plaintiff Rachel Scott, on behalf of herself and all others similarly situated, and Defendant CAMUTO IPCO, LLC Inc. have reached a settlement in principle as to Plaintiff's individual claims. The parties are in the process of finalizing the terms of the settlement and anticipate submitting the necessary dismissal papers to the Court within forty-five (45) days.

In the interim, the Parties ask that the Court vacate all deadlines in this matter and that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The parties further reserve all rights pending the finalization of the settlement.

Dated: October 2, 2025    JONES DAY

By: */s/ Ryan D. Ball*
Ryan D. Ball

Attorneys for Defendant
CAMUTO IPCO, LLC

Dated: October 2, 2025    EDELSBERG LAW, P.A.

By: */s/ Scott Edelsberg*
Scott Edlesberg

Attorneys for Plaintiff
RACHEL SCOTT

JOINT NOTICE OF SETTLEMENT
Case No. 2:25-cv-03446-AB (Ex)

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing and have authorized the filing.

*/s/ Ryan D. Ball*
Ryan D. Ball