JS-6

1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10   RACHEL SCOTT, on behalf of herself          Case No. 2:25-cv-03446-AB (Ex)
     and all others similarly situated,
11
                    Plaintiff,                    **ORDER DISMISSING CIVIL**
12                                                **ACTION**

13          v.

14   CAMUTO IPCO, LLC d/b/a VINCE
     CAMUTO,
15
                    Defendants.
16

17          The Court has been advised that this action has been settled.

18          The Court therefore **ORDERS** that this action is hereby **DISMISSED** without

19   costs and without prejudice to the right, upon good cause shown within **45 days,** to re-

20   open the action if settlement is not consummated. This Court retains full jurisdiction

21   over this action and this Order shall not prejudice any party to this action.

22

23

24   Dated:  October 7, 2025                    _____
                                                HON. ANDRÉ BIROTTE JR.
25                                              UNITED STATES DISTRICT JUDGE

26

27

28

                                                1