UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL SCOTT, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMUTO IPCO, LLC d/b/a VINCE CAMUTO,<br><br>Defendant. | Case No. 2:25-cv-03446-AB (Ex)<br><br>[Assigned To Hon. Andre Birotte Jr. Courtroom 7B]<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO REOPEN MATTER** |

The Court **APPROVES** the parties' Stipulation and **ORDERS** that the deadline to reopen this matter is extended to December 20, 2025.

**IT IS SO ORDERED**

Dated: November 21, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE